AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
JUL 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JUAN MARTINEZ-RAMIREZ | CASE NUMBER: 08CR2329-DMS |

I, JUAN MARTINEZ-RAMIREZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on July 17, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Juan Martinez R._
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer